COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Bliss & Glennon Inc. v. Eugene Lyle Ashley and Ashley General Agency, LLC

Appellate case number:      01-12-01177-CV

Trial court case number:      1132520

Trial court:      164th District Court of Harris County

Appellant's motion to stay the underlying proceedings in the above-referenced trial court case pending the outcome of the interlocutory appeal is **granted**. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(3), (b) (West Supp. 2012).

Appellant's motion to vacate the trial court's severance order dated March 7, 2013 is **denied**. *See In re Henry*, 388 S.W.3d 719, 725 (Tex. App.—Houston [1st Dist.] 2012, pet. denied).

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                       ☑ Acting individually      ☐ Acting for the Court

Date: April 8, 2013